MAHONING COUNTY BAR ASSOCIATION v. BOANO.

[Cite as Mahoning Cty. Bar Assn. *v.* Boano (1989), 46 Ohio St. 3d 146.]

(No. 89-1096—Submitted August 15, 1989—Decided October 25, 1989.)

*David R. White* and *Stuart J. Banks,* for relator.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* We agree that respondent violated DR 1-102(A)(5) and also adopt the board's recommendations. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.